UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 25-mc-50032
                                      Hon. Matthew F. Leitman

DESHAWN LANDERS,

    Defendant.

ANDREW GELDMACHER,

    Claimant.

_____/

## ORDER DENYING PETITION TO ASSERT LEGAL INTEREST IN PROPERTY (ECF No. 1)

Now before the Court is a petition by Claimant Andrew Geldmacher to "Assert Legal Interest in Property." (ECF No. 1.)  As explained in the United States' response to the petition (*see* ECF No. 2), Geldmacher lacks standing to seek return of the identified property because he concedes that he sold the property and, thus, that he no longer has any legal interest in the property.  Geldmacher's petition is therefore **DENIED**.

    IT IS SO ORDERED.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 18, 2025

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126